```
1  BRODSKY MICKLOW BULL & WEISS, LLP
   Philip E. Weiss, Esq. (No. 152523)
2  Edward M. Bull III, Esq. (No. 141996)
   2540 Shelter Island Drive, Suite P
3  San Diego, California 92106
   Telephone: (619) 225-8884
4  Facsimile: (619) 225-8801

5  Attorneys for Claimant

6  Fansea Marine Yacht Sales, Inc.
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR BOWKER, | Case No. 18-CV-01986 WQH (WVG) |
| Plaintiff, | IN ADMIRALTY |
| v. | STATEMENT OF RIGHT OR INTEREST BY VESSEL OWNER |
| M/V "TATU," her engines, bowsprit, anchor, cables, chains, rigging, tackle, apparel, furniture and all accessories, hereunto appertaining and belonging to her, in rem; PLATINUM PREMIER CORPORATION LIMITED, in personam, TEXAS OIL AND GAS LIMITED LLC, in personam; TEXAS OIL & GAS LTD dba TEXAS-NEVADA OIL AND GAS LIMITED COMPANY, in personam; TEXEN OIL AND GAS, INC, in personam; TEXEN ENERGY GROUP PTE LTD, in personam; TATIANA GOLOVINA, in personam; DAVID MICHAEL SIMS (AKA MICHAEL SIMS); in personam; MARBELLA, | FANSEA MARINE YACHT SALES, INC. Supplemental Admiralty Rule C(6)(a) |
| Defendants. | |

**COMES NOW** FANSEA MARINE YACHT SALES, INC. ("CLAIMANT") pursuant to Supplemental Admiralty Rule C(6)(a) (and acting by and through his authorized attorney of record, Philip E. Weiss), and claims an interest in the Defendant Vessel M/V TATU (the "DEFENDANT VESSEL"), as the true, sole and *bona fide* owner of the DEFENDANT VESSEL.

1   CLAIMANT, which is not named as a Defendant in this action, avers that at the time
2 of the filing of the Verified Complaint and at the time of the subsequent arrest of the
3 DEFENDANT VESSEL by the United States Marshal for the Southern District of California
4 pursuant to Order of this Court, CLAIMANT was, and still is, the sole owner of the
5 DEFENDANT VESSEL.  This appearance by CLAIMANT is restricted at this time to
6 answering the Verified Complaint, demanding restitution and otherwise defending and acting
7 on behalf of the DEFENDANT VESSEL.  CLAIMANT reserves its right, however, to seek
8 Intervention as permitted by Federal Rule of Civil Procedure 24, the Local Admiralty Rules
9 and this Honorable Court.

10  Dated: September 5, 2018          Respectfully submitted,

11                                   BRODSKY MICKLOW BULL & WEISS, LLP

12
                                     By:    s/Philip E. Weiss
13                                          Attorney for Claimant
                                            E-mail: shiplaw@earthlink.net